FILED

1-17-08

JAN 17 2008

MICHAEL T. MASON
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08CR 0047 |
| | ) | |
| v. | ) | Magistrate Judge Michael T. Mason |
| | ) | |
| VERNELL HEMPHILL | ) | |

### EX PARTE MOTION TO SEAL COMPLAINT AND AFFIDAVIT

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United

States Attorney for the Northern District of Illinois, hereby moves this Court to seal the Criminal

Complaint and Affidavit and this motion to seal and proposed order for 30 days, through and

including February 16, 2008, or until the defendant's arrest or further order of the Court, whichever

occurs earlier. As grounds for the motion, the government states that disclosure of these materials

could seriously jeopardize an ongoing criminal investigation and may prevent the defendant subject

to the complaint from being arrested if the complaint and warrant against him are available and

known as part of the public record. The government requests, however, that the agents be allowed

to enter the existence of the warrant into the NCIC or equivalent law enforcement system.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____

TYLER C. MURRAY
Assistant United States Attorney
United States Attorney's Office
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-7846