# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 47 - 1 | **DATE** | 5/1/2008 |
| **CASE TITLE** | USA vs. Vernell Hemphill | | |

**DOCKET ENTRY TEXT**

Initial proceedings held. Defendant appears in response to arrest on 5/1//08. Defendant informed of rights. Frank Himel is granted leave to file his appearance as counsel for defendant. Defendant to remain in custody pending preliminary examination hearing and detention hearing set for 5/7/08 at 2:00 p.m.

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | DK |
|---|---|---|