MHW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of **USA v. VERNELL HEMPHILL**

Case **08CR 0047**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**VERNELL HEMPHILL**

FILED
MAY 1 2008
5-1-2008
MAGISTRATE JUDGE
MORTON DENLOW

| | |
|---|---|
| SIGNATURE | s/ [signature] |
| FIRM | |
| STREET ADDRESS | 833 W. Jackson |
| CITY/STATE/ZIP | Chicago, IL 60607 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6230997 |
| TELEPHONE NUMBER | 312 334 3131 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓   APPOINTED COUNSEL ☐