**UNITED STATES DISTRICT COURT**
FOR THE **Northern District of Illinois** – **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                           Case No.: 1:08–cr–00047
                                             Honorable Michael T. Mason

Vernell Hemphill
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

    MINUTE entry before the Honorable Morton Denlow:Detention hearing as to Vernell Hemphill held on 5/21/2008 and continued to 5/22/2008 at 10:45 AM. Preliminary Examination reset to 5/22/2008 at 10:45 AM. Mailed notice (dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.