Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 47 - 1 | **DATE** | 5/22/2008 |
| **CASE TITLE** | USA vs. Vernell Hemphill | | |

**DOCKET ENTRY TEXT**

Defendant waives his right to a preliminary examination hearing. Defendant ordered bound to the District Court for further proceedings. Detention hearing held.

Docketing to mail notices.

0:08

| | Courtroom Deputy Initials: | DK |
|---|---|---|